Karyn M. Taylor, Esq.
Nevada Bar No. 6142
LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
Telephone: 775.348.4888
Facsimile: 775.786.0127
kmtaylor@littler.com

Cayla J. Witty, Esq.
Nevada Bar No. 12897
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.7741
Facsimile: 702.973.4974
cwitty@littler.com

Attorneys for Defendant
HOST INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE AGUILUZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOST INTERNATIONAL, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02975-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff CHARLIE AGUILUZ, an individual and Defendant HOST INTERNATIONAL, INC., through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of October 22, 2026, up to and including **November 5, 2026.**

The Parties agree the requested extension is reasonable and necessary because counsel for Defendant has just recently been retained and requires additional time to investigate the allegations and file a proper response.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Lawrence W. Freiman*
Lawrence W. Freiman, Esq.
FREIMAN LEGAL

Attorneys for Plaintiff
CHARLIE AGUILUZ

Dated: October 21, 2026

Respectfully submitted,

*/s/ Cayla J. Witty*
Karyn M. Taylor. Esq.
Cayla J. Witty, Esq.
LITTLER MENDELSON P.C.

Attorney for Defendant
HOST INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated: October 21, 2026

UNITED STATES MAGISTRATE JUDGE



LITTLER
MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
775.348.4888